Nelson P. Lewis, Respondent, v. Frank D. Berry, Appellant, Impleaded

with Robert R. Sherwood and Bennett Milnor, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

The Mahnken Building Material Company, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order of the County Court of Queens county reversed, and new trial ordered, costs to abide the event, upon the ground that the evidence does not show that the defendant's servants did not make all reasonable effort to stop the train after discovering that the plaintiff's driver unduly delayed removing his trespassing truck from the defendant's track. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Henry L. McGoey, as Administrator, etc., of Harry L. McGoey, Deceased, Respondent, v. New York, Westchester and Boston Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ.

Mary A. Miller, as Administratrix, etc., of John H. Miller, Deceased, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

John H. Morgan, Respondent, v. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

James B. Morrison, Respondent, v. George F. Burchell, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $100, in which event the judgment as so modified and the order are unanimously affirmed, without costs. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

James B. Morrison, Respondent, v. Austin B. Burchell, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $100, in which event the judgment as so modified and the order are unanimously affirmed, without costs. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Mary Murphy, Appellant, v. Patrick Murphy, Respondent.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

John Nelson, Respondent, v. The J. L. Whiting & J. J. Adams Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Mary L. Patten, Respondent, v. Uniack R. Patten, Jr., Appellant.— Motion to dismiss appeal denied, without costs. Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Louis H. Prigge, Appellant, v. Howard Willets, Respondent.— Judg-